## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David G. Kangas,                                            Civil No. 11-667 (DWF/LIB)

          Plaintiff,

v.                                                          **ORDER ADOPTING REPORT
                                                            AND RECOMMENDATION**

Michael J. Astrue, Commissioner
of Social Security,

          Defendant.

---

David G. Kangas, *Pro Se*, Plaintiff.

---

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that:

This action is **DISMISSED WITHOUT PREJUDICE** for failure to serve the Defendant and for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 29, 2011          s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge